1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                           EASTERN DISTRICT OF CALIFORNIA

8

9    PAUL C. HAMILTON,                        1:10-cv-1925-LJO-MJS (PC)

10                     Plaintiff,             ORDER ADOPTING FINDINGS AND
                                              RECOMMENDATIONS AND DISMISSING
11         v.                                 CERTAIN CLAIMS

12   J.A. YATES, et al.,                      (ECF No. 23)

13                     Defendants.

14   _____/

15

16         Plaintiff Paul C. Hamilton ("Plaintiff") is a prisoner proceeding pro se in a civil rights

17   action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

18   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19         On October 4, 2012, the Magistrate Judge filed a Findings and Recommendations,

20   recommending dismissal of one of Plaintiff's claims.  (ECF No. 23.)  Plaintiff has failed to file

21   objections.

22         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 305, this

23   Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

24   Court finds the Findings and Recommendations to be supported by the record and by proper

25   analysis.

26   ///

27   ///

28   ///

-1-

1    ///

2            Accordingly, IT IS HEREBY ORDERED that:

3        1.    The Findings and Recommendations, filed October 4, 2012, are adopted in full;

4        2.    Plaintiff be allowed to proceed on his Eighth Amendment conditions of

5              confinement claim against Defendants Mattingly, Trimble, Spearman, and Yates;

6        3.    Plaintiff's Fourteenth Amendment be dismissed; and

7        4.    Defendants shall file an answer or otherwise defend against this action within thirty

8              days of entry of this order.

9    IT IS SO ORDERED.

10   **Dated:**    **November 9, 2012**              /s/ **Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28