# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. HAMILTON,<br><br>    Plaintiff,<br><br>    v.<br><br>J.A. YATES, et al.,<br><br>    Defendants.<br>_____/ | 1:10-cv-1925-LJO-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS<br><br>(ECF No. 23) |

    Plaintiff Paul C. Hamilton ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On October 4, 2012, the Magistrate Judge filed a Findings and Recommendations, recommending dismissal of one of Plaintiff's claims. (ECF No. 23.) Plaintiff has failed to file objections.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed October 4, 2012, are adopted in full;
2. Plaintiff be allowed to proceed on his Eighth Amendment conditions of confinement claim against Defendants Mattingly, Trimble, Spearman, and Yates;
3. Plaintiff's Fourteenth Amendment be dismissed; and
4. Defendants shall file an answer or otherwise defend against this action within thirty days of entry of this order.

IT IS SO ORDERED.

Dated:   November 9, 2012                     /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE