# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. HAMILTON,<br><br>    Plaintiff,<br><br>    v.<br><br>J. A. YATES, et al.,<br><br>    Defendants. | Case No. 1:10-cv-01925-LJO-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING DEFENDANTS YATES, MATTINGLY, TRIMBLE, AND SPEARMAN'S MOTION TO DISMISS<br><br>ECF No. 35 |

Plaintiff Paul C. Hamilton ("Plaintiff"), a California state prisoner, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 14, 2008. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 26, 2013, the Magistrate Judge filed a Findings and Recommendations, recommending that Defendants Yates, Mattingly, Trimble, and Spearman's motion to dismiss be denied. (ECF No. 35.) The parties have not filed any objections.

///

///

///

1

1   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed July 26, 2013, are adopted in full; and
2. Defendants Yates, Mattingly, Trimble, and Spearman's motion to dismiss (ECF No. 25) is DENIED.

IT IS SO ORDERED.

Dated:   **September 10, 2013**              **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE

2