1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

12 | PAUL C. HAMILTON,

13 |          Plaintiff,

14 |     v.

15 | J. A. YATES, et al.,

16 |          Defendants.

17

Case No.  1:10-cv-01925-LJO-MJS (PC)

ORDER GRANTING DEFENDANTS'
REQUEST FOR LEAVE TO DEPOSE
PLAINTIFF BY VIDEOCONFERENCE

ECF No. 45

18       Plaintiff Paul C. Hamilton, a state prisoner proceeding pro se, filed this civil rights

19 action pursuant to 42 U.S.C. § 1983 on October 14, 2010, and a scheduling order was

20 issued on October 3, 2013.  This action is currently in the discovery phase, and on May

21 1, 2014, Defendants filed a motion seeking leave to depose Plaintiff by

22 videoconference.  Fed. R. Civ. P. 30(b)(4).

23       Good cause having been shown, Defendants' motion is HEREBY GRANTED.

24
25 IT IS SO ORDERED.

26   Dated:   May 7, 2014                    /s/ *Michael J. Seng*

27                                   UNITED STATES MAGISTRATE JUDGE

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28