UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. HAMILTON,<br><br>            Plaintiff,<br><br>    v.<br><br>J.A. YATES, et al.,<br><br>            Defendants. | CASE NO. 1:10-cv-01925-LJO-MJS (PC)<br><br>**ORDER GRANTING MOTION TO MODIFY THE PRETRIAL DISPOSITIVE MOTION DEADLINE**<br><br>**(ECF No. 48)** |

On August 5, 2014, Defendants Yates, Mattingly, Trimble and Spearman filed a motion to modify the pretrial dispositive motion deadline (ECF No. 48), seeking to modify the Court's discovery and scheduling order (ECF No. 44) by extending the dispositive motion deadline to September 22, 2014.

The Court finds good cause for extending the dispositive motion deadline. Accordingly, IT IS HEREBY ORDERED that Defendants' motion to modify the pretrial dispositive motion deadline (ECF No. 48) is GRANTED, and the time for filing dispositive motions is extended to and including September 22, 2014.

IT IS SO ORDERED.

Dated:   August 8, 2014                              /s/ *Michael J. Seng*
                                                     UNITED STATES MAGISTRATE JUDGE