UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. HAMILTON,<br><br>             Plaintiff,<br><br>      v.<br><br>J.A. YATES, et al.,<br><br>             Defendants. | Case No.  1:10-cv-1925-LJO-MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**(ECF Nos. 50, 53)**<br><br>**CASE TO REMAIN OPEN** |

Plaintiff is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On August 12, 2014, Plaintiff filed a motion for judgment on the pleadings. (ECF No. 50.) On September 17, 2014, the Magistrate Judge issued Findings and Recommendations to deny Plaintiff's motion. (ECF No. 53.) Plaintiff timely filed objections. (ECF No. 56.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by

proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the Findings and Recommendations filed on September 17, 2014 (ECF No. 53), in full,

2. Plaintiff's motion for judgment on the pleadings (ECF No. 50), filed on August 12, 2014, is DENIED, and

3. The case shall remain open.

IT IS SO ORDERED.

Dated:   **September 25, 2014**               /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

2