UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. HAMILTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. A. YATES, et al.,<br><br>　　　　　Defendants. | Case No.  1:10-cv-01925-LJO-MJS (PC)<br><br>**ORDER DENYING AS MOOT MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL**<br><br>**(ECF No. 79)** |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 28 U.S.C. § 1983. On February 8, 2016, Plaintiff filed a notice of appeal (ECF No. 75) and a motion to proceed in forma pauperis on appeal (ECF No. 79).

　　　　On May 18, 2016, the Ninth Circuit issued an order revoking Plaintiff's IFP status on appeal because he has had three or more prior actions or appeals dismissed as frivolous, malicious, or for failure to state a claim, pursuant to 28 U.S.C. § 1915(g).  The Ninth Circuit directed Plaintiff to pay the $505.00 filing fee to the district court within 21 days after the date of its order.

　　　　Accordingly, Plaintiff's motion to proceed in forma pauperis on appeal (ECF No. 79) is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:　　May 23, 2016　　　　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE